·148 A.3d 737

INSURANCE RESTORATION SPECIALISTS, INC., PLAINTIFF-RE-SPONDENT, v. 26 KENNEDY BOULEVARD ASSOCIATES, LTD., AND DANIEL SHALIT, INDIVIDUALLY, DEFENDANTS-PETI-TIONERS.

FILED July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004039-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

148 A.3d 738

STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. ALFATIR JONES, DEFENDANT-RESPONDENT.

FILED July 26, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-002733-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.